■ In the Matter of DEANNA G., a Child Alleged to be Abused. YVETTE Z., Appellant; GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [653 NYS2d 894] —Order unanimously affirmed without costs. Memorandum: Upon our review of the record, we conclude that the finding of abuse is supported by sufficient evidence (*see, Matter of Tammie Z.,* 66 NY2d 1). The child victim's out-of-court statements are corroborated by other evidence tending to support their reliability, including physical evidence of the sexual abuse (*see, Matter of Nichole L.,* 213 AD2d 750, 751, *lv denied* 86 NY2d 701), and there is sufficient evidence that respondent was informed of the abuse and did nothing to protect the victim (*see, Matter of Alan G.,* 185 AD2d 319, *lv denied* 81 NY2d 703). (Appeal from Order of Genesee County Family Court, Graney, J.—Abuse.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.

■ NEIL HIRSCH, Appellant, v JOHN F. SPERANZA, Respondent. [653 NYS2d 894] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Ark, J. (Appeal from Order of Supreme Court, Monroe County, Ark, J.— Dismiss Complaint.) Present—Green, J. P., Pine, Doerr and Fallon, JJ.

■ JAMES MAHUNIK, Respondent, v WENDY HARRIS et al., Appellants. [653 NYS2d 902] —Order unanimously affirmed without costs. Memorandum: Defendants contend that the record of the proceedings at the Village Court of the Village of Port Byron filed with County Court is insufficient to permit meaningful appellate review (*see,* UJCA 1704 [a]). Defendants, "by failing to resolve any issue of the sufficiency of the record before Justice Court (*see,* UJCA 1704 [a]), waived any alleged defects (*see, Moyle v Bracci,* 119 Misc 2d 185, 187)" (*Matter of Lightcap v McGroggan,* 160 AD2d 1188, 1189). We agree with County Court that nothing in the record suggests "that substantial justice has not been done between the parties" (UJCA 1807; *see, Apfel v D. A. Bennett, Inc.,* 109 AD2d 1039, 1040; *Blair v Five Points Shopping Plaza,* 51 AD2d 167, 168). (Appeal from Order of Cayuga County Court, Corning, J.— Small Claims.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.